**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel HERNANDEZ–HERNANDEZ,**
**Defendant–Appellant.**

**No. 07–51426**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 4, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Daniel Hernandez–Hernandez raises arguments that are foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582–84 (5th Cir.2000), which held that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), did not render 21 U.S.C. § 960(b) unconstitutional on its face. The Government's motion for summary affirmance is GRANTED, and the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of the district court is AFFIRMED.